**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MINOSKA B. PENA )
)
Plaintiff, )
) CA 05 190 S
v. )
)
PAWTUCKET CREDIT UNION, )
)
Defendant. )

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Plaintiff, Minoska B. Pena, hereby moves that **Cathleen M. Combs** be admitted **Pro Hac Vice** in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

X The case involves the following complex area of the law, in which pro hac vice counsel specializes: **Class Actions**

☐ ____________ counsel's long-standing representation of the client: ________________________________

☐ The local trial bar lacks experience in the field of:____________ ________________________________

☐ The case involves complex legal questions under the law of a foreign jurisdiction with which ________________________

☐ The case requires extensive discovery in a foreign jurisdiction convenient to ____________ counsel, as follows:________________ ________________________________

☐ It is a criminal case, and ______________ counsel is defendant's counsel of choice.

☐ Other:________________________________.

(Plaintiff)
By: ____________
Attorney for Minoska B. Pena

**DATED:** 5/31/05

4

**CERTIFICATE OF GOOD STANDING FOR PRO HAC VICE ADMISSION**

(1) I certify that I am a member in good standing of the bar of the State(s) of **Illinois** and the following federal district court bar(s) **United States Court of Appeals (7th Circuit) and U.S. District Court (Northern and Central Districts of Illinois)**, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following case in this district **Harrison v. MBNA Bank, et al., 03-075S.**

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it is related to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| Name | Local Associate Counsel |
| **Cathleen M. Combs** | **Christopher M. Lefebvre** |
| | **R.I. Bar ID # 4019** |
| Firm Name | Firm Name |
| **EDELMAN, COMBS, LATTURNER, & GOODWIN, LLC** | **LAW OFFICES OF CLAUDE LEFEBVRE & SONS** |
| Business Address | Business Address |
| **120 S. LaSalle Street, Suite 1800** | **P. O. Box 479** |
| **Chicago, IL 60603** | **Pawtucket, R.I. 02862** |
| **(312) 739-4200** (Tel. #) **(312) 419-0379** (Fax #) | **(401) 728-6060** (Tel. #) **(401) 728-6534** (Fax #) |

**ORDER:** This motion is hereby ______________________

______________________
U.S. District Judge
Date: ______________________

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MINOSKA B. PENA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CA 05 190 S |
| v. | ) | |
| | ) | |
| PAWTUCKET CREDIT UNION, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF CATHLEEN M. COMBS**

I, Cathleen M. Combs, first having been duly sworn upon oath, do depose and state that:

1. I am over the age of eighteen and competent to make this affidavit and have personal knowledge of the matters stated herein.

2. I request permission to enter my appearance for the Plaintiff, Minoska B. Pena, in the case styled Minoska B. Pena against Defendant, Pawtucket Credit Union, as trial counsel with local counsel listed below.

3. I agree that in the event of my absence from any hearing or trial in this case, local counsel may act for and on my behalf in the conduct of such hearing or trial.

4. I further agree to abide by the local rules of this Court and to always conduct myself in accordance with the Code of Professional Responsibility of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it. In the event of my improper conduct before this court, or my failure to appear when required, I understand that this Court may order local counsel to take over the conduct of the case.

5. I further agree that all pleadings, motions, and other papers filed on behalf of the represented parties before this Court shall be signed by the local attorney of record in the attorney's individual name.

6. I am a member of good standing of the bar of the State of Illinois, and the following federal bars: **United States Court of Appeals (1st, 3rd, 5th, 7th and 10th Circuits) and U.S. District Court (Northern, Central Districts and Southern of Illinois, Northern and Southern Districts of Indiana, Southern District of Texas, District of Connecticut and District of Colorado).**

7. I have been admitted pro hac vice in a case in federal court for the District of

Rhode Island, **Harrison v. MBNA Bank, et al., 03-075S**.

8. There are no past or present complaints or proceedings against me for any disciplinary problems.

9. I have never been charged with or convicted of any crime or offense in any court of any state of the United States.

10. My appearance would be in association with Christopher M. Lefebvre of the firm Law Offices of Claude Lefebvre & Sons who are members of this Court, actively engaged in the practice of law in the State of Rhode Island, and who maintain offices within the State of Rhode Island.

Cathleen M. Combs

Subscribed and sworn before me this 25th day of May, 2005.

Jeffrey Becker
Notary Public

OFFICIAL SEAL
JEFFREY BECKER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/07/09

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27 day of MAY 2005, I mailed a copy of the foregoing to the following:

Frederick E. Connelly, Jr.
Kevin C. Cain
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110

Christopher M. Lefebvre