**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MINOSKA B. PENA** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. No 05-190 S** |
| **PAWTUCKET CREDIT UNION,** | : | |
| **Defendant.** | : | |

## CERTIFICATION

I hereby certify that on June 16, 2005 I mailed copy of the Motion for Entry of Appearance Pro Hac Vice to Frederick E. Connelly, Peabody & Arnold, LLP at 30 Rowes Wharf, Boston, MA 02110.

Christopher M. Lefebvre
CLAUDE LEFEBVRE, P.C.
Two Dexter Street
Pawtucket, RI 02860
(401) 728-6060
(401) 728-6534 (FAX)