RECEIVED

JUL 06 2005

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 17 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MINOSKA B. PENA
Plaintiff(s)

v.

C.A. No. CA 05 190 S

PAWTUCKET CREDIT UNION
Defendant(s)

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Plaintiff/Defendant Minoska B. Pena hereby moves that Cathleen M. Combs be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which ____________ counsel specializes: Class Actions
- ____________ counsel's long-standing representation of the client: ____________
- The local trial bar lacks experience in the field of: ____________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which ____________ counsel is familiar, specifically : ____________.
- The case requires extensive discovery in a foreign jurisdiction convenient to ____________ counsel, as follows: ____________.
- It is a criminal case, and ____________ counsel is defendant's counsel of choice.
- Other: ____________.

(Plaintiff/Defendant)
By: [signature]
Attorney for Minoska B. Pena

DATED: 6-16-05

Referred to U.S.M.J. MARTIN
☐ for findings & recommendations
☑ for determination
☐ ____________
William E. Smith, U.S. District Judge
Date: 7/8/05

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Illinois and of the following Federal District Court and/or Court of Appeals Bar(s) United States Court of Appeals (7th Circuit) and U.S District Court (Northern and Central Districts of Illinois and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided). Harrison v. MBNA Bank, et al., 03-075S

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| [signature] | [signature] |
| Name | Local Associate Counsel |
| Cathleen M. Combs | Christopher M Lefebvre |
| | R.I. Bar ID # |
| | 4019 |
| Firm Name Edelman, Combs, Latturner, & Goodwin, LLC | Firm Name Law Office of Claude Lefebvre & Sons |
| Business Address 120 S. LaSalle Street, Suite 1800 Chicago, IL 60603 | Business Address P.O. Box 479 Pawtucket, R.I 02862 |
| Tel. # (312) 739-4200 Fax # (312) 419-0379 | Tel. # (401) 728-6060 Fax # (401) 728-6534 |

---

**Order :** This motion is hereby granted.

David L. Martin

U.S. Magistrate Judge

Date: 7-6-05

pro hac vice motion (rev.3/05)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MINOSKA B. PENA** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. No 05-190 S** |
| **PAWTUCKET CREDIT UNION,** | : | |
| **Defendant.** | : | |

## CERTIFICATION

I hereby certify that on June 16, 2005 I mailed copy of the Motion for Entry of Appearance Pro Hac Vice to Frederick E. Connelly, Peabody & Arnold, LLP at 30 Rowes Wharf, Boston, MA 02110.

Christopher M. Lefebvre
CLAUDE LEFEBVRE, P.C.
Two Dexter Street
Pawtucket, RI 02860
(401) 728-6060
(401) 728-6534 (FAX)