UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MINOSKA B. PENA<br><br>Plaintiff<br><br>v.<br><br>PAWTUCKET CREDIT UNION<br><br>Defendant | United States District Court<br><br>Civil Action No. CA05-190S |

FILED JUL 07 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Defendant, Pawtucket Credit Union, hereby moves that Harvey Weiner be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the grounds that Mr. Weiner has represented the Pawtucket Credit Union as well as other credit unions for more than twenty years and has a particular knowledge of the defendant's business and the business of credit unions in general. Attorney Weiner is a member in good standing of the United States District Court for the District of Massachusetts. Attorney Kevin Cain has been actively involved in this case from the beginning and continues to be. He will attend all court hearings and will accept service on all documents. Kevin Cain maintains a Rhode Island office at 40 Westminster Street, Suite 201, Providence, R.I.. Harvey Weiner is a licensed attorney in the Commonwealth of Massachusetts. The Defendant Pawtucket Credit Union wishes that Harvey Weiner can be present and argue certain motions and participate in the trial of the above captioned matter.

PAWTUCKET CREDIT UNION,

By its attorneys,

Kevin C. Cain, #3960
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

CERTIFICATE OF SERVICE

I, Kevin C. Cain, hereby certify this 6th day of July, 2005 that I served a copy of the foregoing document by first-class mail, postage prepaid upon Christopher M. Lefebvre, Esq., Claude Lefebvre, P.C., Two Dexter Street, Pawtucket, Rhode Island.

Kevin C. Cain

617432_1
193-91198

# CERTIFICATE OF GOOD STANDING FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of **Massachusetts, Rhode Island** and the following federal district court bar(s) **United States District Court for the District of Massachusetts, United States Court of Appeals for the First Circuit and the United States Supreme Court,** without any restriction on my eligibility to practice, and that I understand by obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(3) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it is related to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| Name | Local Associate Counsel |
| **Harvey Weiner** | **Kevin C. Cain** |
| | **R.I. Bar ID #3960** |
| Firm Name | Firm Name |
| **PEABODY & ARNOLD LLP** | **PEABODY & ARNOLD LLP** |
| Business Address | Business Address |
| **30 Rowes Wharf** | **30 Rowes Wharf** |
| **Boston, MA 02110** | **Boston, MA 02110** |
| **(617) 951-4710** **(617) 951-2125** | **(617) 951-4710** **(617) 951-2125** |
| **Tel. #** **Fax #** | **Tel. #** **Fax #** |

**ORDER:** This motion is hereby ______________________

______________________
U.S. District Judge
Date: ______________________

UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MINOSKA B. PENA<br><br>Plaintiff<br><br>v.<br><br>PAWTUCKET CREDIT UNION<br><br>Defendant | United States District Court<br><br>Civil Action No. CA05-190S |

## AFFIDAVIT OF HARVEY WEINER

I, Harvey Weiner, first having been duly sworn upon oath, do depose and state that:

1. I am over the age of eighteen and competent to make this affidavit and have personal knowledge of the matters stated herein.

2. I request permission to enter my appearance for the Defendant, Pawtucket Credit Union, in the case styled Minoska B. Pena against Defendant, Pawtucket Credit Union, as trial counsel with local counsel listed below.

3. I agree that in the event of my absence from any hearing or trial in this case, local counsel may act for and on my behalf in the conduct of such hearing or trial.

4. I further agree to abide by the local rules of this Court and to always conduct myself in accordance with the Code of Professional Responsibility of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it. In the event of my improper conduct before this court, or my failure to appear when required, I understand that this Court may order local counsel to take over the conduct of the case.

5. I further agree that all pleadings, motions, and other papers filed on behalf of the represented parties before this Court shall be signed by the local attorney of record in the attorney's individual name.

6. I am a member of good standing of the bar of the Stateof Massachusetts and the following federal bars: **United States District Court for the District of Massachusetts, United States Court of Appeals for the First Circuit and the United States Supreme Court.**

7. There are no past or present complaints or proceedings against me for any disciplinary problems.

8. I have never been charged with or convicted of any crime or offense in any court of any state of the United States.

9. My appearance would be in association with Kevin C. Cain of the firm Peabody & Arnold LLP who are members of this Court, actively engaged in the practice of law in the State of Rhode Island, and who maintain offices with the State of Rhode Island.

Harvey Weiner

Subscribed and sworn before me
this 6 day of July, 2005.

Notary Public

617443_1
193-91198

JENNIFER CURRERI
Notary Public
Commonwealth of Massachusetts
My Commission Expires
July 5, 2007