RECEIVED
JUL 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MINOSKA B. PENA** | : | |
| **Plaintiff,** | : | **C.A. 05-190 S** |
| **v.** | : | |
| | | **JURY DEMANDED** |
| **PAWTUCKET CREDIT UNION,** | : | |
| **Defendant.** | : | |

## PLAINTIFF'S MOTION TO WAIVE APPEARANCE

The undersigned respectfully requests that the Court waive the requirement that attorney Cathleen Combs, Chicago co-counsel be present at the conference scheduled for July 21, 2005. In support of said request, the undersigned states that Ms. Combs has a conflict which will cause travel arrangements to be speculative at best and most definitely cost prohibitive.[1] Furthermore, the undersigned is actually lead counsel in this case and is most knowledgeable with the facts and theory of this case. The Chicago firm was brought into the case for their expertise in complicated class action litigation. It appears at this juncture, based on informal calculations, that the scope of potential liability in this case is such, that the involvement of the Chicago co-counsel will be very minimal. Minimizing costs and expenses is in the best interest of all parties and will probably lead to an efficient and expeditious resolution of the case. Accordingly, Plaintiff requests that the Court act favorable on this motion.

[1] If the Court is not inclined to grant this request, then it is respectfully suggested that the matter be continued for a two week period .

**WHEREFORE,** Plaintiff prays that her Motion be granted.

Christopher M. Lefebvre
CLAUDE LEFEBVRE, P.C.
Two Dexter Street
Pawtucket, RI 02860
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056

Cathleen Combs
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATION**

I hereby certify that I mailed and faxed a copy of the above to Kevin Cain, Peabody and Arnold LLP 30 Rowes Wharf, Boston, MA 02110 on this 19th day of July 2005.

Christopher M. Lefebvre

j:\case\pawtucket14.321\pleading\cmplt.wpd