UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**MINOSKA B. PENA**
Plaintiff(s)

v. C.A. No. **CA05-190S**

**PAWTUCKET CREDIT UNION**
Defendant(s)

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Plaintiff/Defendant **Pawtucket Credit Union** hereby moves that **Harvey Weiner** be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which ______ counsel specializes:
- **Pro Hac Vice's** counsel's long-standing representation of the client: **Pawtucket Credit Union**
- The local trial bar lacks experience in the field of: ______.
- The case involves complex legal questions under the law of a foreign jurisdiction with which ______ counsel is familiar, specifically : ______.
- The case requires extensive discovery in a foreign jurisdiction convenient to ______ counsel, as follows: ______.
- It is a criminal case, and ______ counsel is defendant's counsel of choice.
- Other: ______.

(Plaintiff/Defendant)
By: ______
Attorney for **Pawtucket Credit Union**

DATED: 7/20/05

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing pleading on all parties ~~by mailing same, postage~~ in hand prepaid, to all counsel of record.
Signed under the pains and penalties of perjury

DATED: 7/21/05

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of **Massachusetts** and of the following Federal District Court and/or Court of Appeals Bar(s) **United States District Court for the District of Massachusetts, United States Court of Appeals for the First Circuit and the United States Supreme Court**, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| [signature] | [signature] |
| Name | Local Associate Counsel |
| | **Kevin C. Cain** |
| | R.I. Bar ID # **3960** |
| **Harvey Weiner** | |
| Firm Name | Firm Name |
| **Peabody & Arnold, LLP** | **Peabody & Arnold, LLP** |
| **30 Rowes Wharf** | **30 Rowes Wharf** |
| Business Address | Business Address |
| **Boston, MA 02110** | **Boston, MA 02110** |
| **(617) 951-2014 Tel.** | **(617) 951-4710 Tel.** |
| **(617) 951-2125** | **(617) 951-2125 Fax.** |
| Tel. # Fax # | Tel. # Fax # |

---

**Order :** This motion is hereby ________________.

____________________
U.S. District Judge
Date: ________________

UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MINOSKA B. PENA<br><br>Plaintiff<br><br>v.<br><br>PAWTUCKET CREDIT UNION<br><br>Defendant | United States District Court<br><br>Civil Action No. CA05-190S |

AFFIDAVIT OF HARVEY WEINER

I, Harvey Weiner, first having been duly sworn upon oath, do depose and state that:

1. I am over the age of eighteen and competent to make this affidavit and have personal knowledge of the matters stated herein.

2. I request permission to enter my appearance for the Defendant, Pawtucket Credit Union, in the case styled Minoska B. Pena against Defendant, Pawtucket Credit Union, as trial counsel with local counsel listed below.

3. I agree that in the event of my absence from any hearing or trial in this case, local counsel may act for and on my behalf in the conduct of such hearing or trial.

4. I further agree to abide by the local rules of this Court and to always conduct myself in accordance with the Code of Professional Responsibility of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it. In the event of my improper conduct before this court, or my failure to appear when required, I understand that this Court may order local counsel to take over the conduct of the case.

5. I further agree that all pleadings, motions, and other papers filed on behalf of the represented parties before this Court shall be signed by the local attorney of record in the attorney's individual name.

6. I am a member of good standing of the bar of the Stateof Massachusetts and the following federal bars: **United States District Court for the District of Massachusetts, United States Court of Appeals for the First Circuit and the United States Supreme Court.**

7. There are no past or present complaints or proceedings against me for any disciplinary problems.

8. I have never been charged with or convicted of any crime or offense in any court of any state of the United States.

9. My appearance would be in association with Kevin C. Cain of the firm Peabody & Arnold LLP who are members of this Court, actively engaged in the practice of law in the State of Rhode Island, and who maintain offices with the State of Rhode Island.

Harvey Weiner

Subscribed and sworn before me
this 6 day of July, 2005.

Notary Public

617443_1
193-91198

JENNIFER CURRERI
Notary Public
Commonwealth of Massachusetts
My Commission Expires
July 5, 2007