UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: MJ Martin

RE: CA 05-190S

Pena v. Pawtucket Credit Union

## ORDER

I have reviewed your document(s) presented to the Clerk's Office on 7 / 18 / 05 and have made the following determination:

____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

X Your document(s) are hereby refused and returned to you for the following reason(s):

____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

X 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

____ 8. Document violates Amended General Order 2002-01.

____ 9. Other:__________

ENTER:

David L. Martin
United States Magistrate Judge

Date: 7-19-05

cc: Counsel of Record

UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MINOSKA B. PENA<br><br>Plaintiff<br><br>v.<br><br>PAWTUCKET CREDIT UNION<br><br>Defendant | United States District Court<br><br>Civil Action No. CA05-190S |

DEFENDANT, PAWTUCKET CREDIT UNION'S
MOTION TO DISMISS CLASS ACTION

Pursuant to Local Rule 30(d) of the United States District Court for the District of Rhode Island and other grounds the defendant moves the Court to dismiss the plaintiff's complaint as a class action. As grounds for this motion the defendant argues that the plaintiff failed to comply with the requirements of Local Rule 30(c) and therefore dismissal is in order. In support of the motion the defendant submits the accompanying memorandum of law.

REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 12(b) the defendant requests an opportunity for oral argument with respect to this motion. The defendant believes oral argument would be of assistance to the Court in light of the novel issues involved. It is anticipated that forty (40) minutes will be sufficient time for both parties to be heard.

PAWTUCKET CREDIT UNION,

By its attorneys,

Kevin C. Cain, #3960
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100