IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
AUG 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MINOSKA B. PENA | : | |
| Plaintiff, | : | C.A. 05-190 S |
| v. | : | |
| PAWTUCKET CREDIT UNION, | : | |
| Defendant. | : | |

**DISMISSAL STIPULATION**

The Class allegations are hereby withdrawn. The above entitled matter may be dismissed with prejudice. Each of the parties to bear its own cost and legal fees.

Frederick E. Connelly, Esq.
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617)951-2045
(617)951-2125(Fax)

Christopher M. Lefebvre
CLAUDE LEFEBVRE, P.C.
Two Dexter Street
Pawtucket, RI 02860
(401) 728-6060
(401) 728-6534 (Fax)
B.B.O. # 629056

Cathleen Combs
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

ENTER WESm
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 8/30/05